# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>Lamar Odell Peton,<br><br>　　　　　　Defendant(s). | 2:24-cr-00033-CDS-MDC<br><br>**ORDER SETTING IN-PERSON EVIDENTIARY HEARING ON DEFENDANT LAMAR ODELL PETON'S MOTION TO SUPPRESS (ECF NO. 29)** |

　　　　IT IS ORDERED that the parties shall appear in-person at **10:00 a.m. on October 16, 2024 in Courtroom 3B** for an evidentiary hearing on defendant Lamar Odell Peton's *Motion to Suppress* ("Motion"). ECF No. 29.

　　　　In preparation for evidentiary hearing, the parties must meet the following requirements:

1. Exhibit Lists: On or before **10:00 a.m., October 11, 2024**, **counsel must deliver to the chambers of the undersigned judge on the 4th Floor (Suite 4068)** one copy of their exhibits in a three-ring binder for the Court's use. Counsel shall deliver (a) the original and two copies of a complete list of exhibits that will be offered into evidence at the evidentiary hearing, and (b) the original and two copies of a complete list of witnesses who will be called at the evidentiary hearing. At the same time, each party shall serve copies of these lists on all other parties.

2. Marking Exhibits: At **2:00 p.m., on October 15, 2024**, counsel for all parties, and any party appearing pro se, must meet with the Courtroom Deputy Tawnee Renfro **in Courtroom 3B** for the purpose of pre-marking all evidentiary hearing exhibits. They must also exchange copies of their exhibits.

　　　　a. Numerals 1 – 500 will be used to identify the plaintiff's exhibits and numerals 500 -

1000 will be used to identify the defendant's exhibits. The exhibits will be listed on the form to be provided by the deputy, a sample of which is attached to this order. The parties may use computer-generated exhibit lists if they conform to the requirements of the form provided by the deputy.

  b. The parties will retain possession of their exhibits until such time as the exhibits are identified in open court; thereafter, the exhibits which are so identified shall remain in the custody of the deputy, unless otherwise ordered.

3. <u>Contact Person</u>: All questions concerning the foregoing should be directed to Courtroom Deputy Tawnee Renfro at (702) 464-5427.

Date: September 4, 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge