UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LAMAR ODELL PETON,<br><br>    Defendant. | Case No. 2:24-cr-00033-CDS-MDC |

**ORDER**

IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for October 16, 2024, at the hour of 10:00 a.m., is continued to November 19, 2024 at the hour of 10:00 a.m. in LV Courtroom 3B. Exhibits are due November 15, 2024 by 10:00 am and Tawnee Renfro, CRD, will contact counsel for a technology check.

DATED this 9th day of October, 2024.

                                                UNITED STATES MAGISTRATE JUDGE