Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Lamar Peton

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:24-cr-00033-CDS-MDC |
| Plaintiff, | |
| v. | **Unopposed Motion to Withdraw Motion to Suppress (ECF No. 29) and Vacate Evidentiary Hearing** |
| Lamar Peton, | |
| Defendant. | |

Mr. Peton filed a motion to suppress evidence (ECF No. 29). The government responded (ECF No. 34), and Mr. Peton replied (ECF No. 37). The Court then set an evidentiary hearing for October 16, 2024. (ECF No. 38.) The parties entered negotiations that resulted in Mr. Peton signing a guilty plea agreement. (ECF No. 43.) Mr. Peton entered a guilty plea before Judge Silva on October 21, 2024. (ECF No. 45.)

Meanwhile, the parties stipulated to continue the pending evidentiary hearing. (ECF No. 40.) The Court granted that stipulation and reset the evidentiary hearing for November 19, 2024. (ECF No. 41.)

In light of Mr. Peton's guilty plea, he seeks leave to withdraw his motion to suppress evidence (ECF No. 29).

In addition, Mr. Peton respectfully requests that the Court vacate the evidentiary hearing set for November 19, 2024, along with all related deadlines.

The government does not oppose these requests. Dated October 25, 2024.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Rick A. Mula*

Rick A. Mula
Assistant Federal Public Defender

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

        Plaintiff,

    v.

Lamar Peton,

        Defendant.

Case No. 2:24-cr-00033-CDS-MDC

**Order**

Mr. Peton filed a motion to suppress evidence (ECF No. 29). The government responded (ECF No. 34), and Mr. Peton replied (ECF No. 37). The Court then set an evidentiary hearing for October 16, 2024. (ECF No. 38.) The parties entered negotiations that resulted in Mr. Peton signing a guilty plea agreement. (ECF No. 43.) Mr. Peton entered a guilty plea before Judge Silva on October 21, 2024. (ECF No. 45.)

Meanwhile, the parties stipulated to continue the pending evidentiary hearing. (ECF No. 40.) The Court granted that stipulation and reset the evidentiary hearing for November 19, 2024. (ECF No. 41.)

IT IS THEREFORE ORDERED that Mr. Peton's request to withdraw his motion to suppress evidence (ECF No. 29) is granted.

IT IS FURTHER ORDERED that the evidentiary hearing set for November 19, 2024, at 10:00 AM is vacated.

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE
DATED: 10/28/2024